IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD PYM<br>Plaintiff, | : CIVIL NO. 4:17-CV-00832-CCC<br>: Hon. Christopher C. Connor |
| v. | : |
| XIU-JIE WANG, M.D.<br>DANIELLE PIGNERI, M.D.;<br>THE GUTHRIE CLINIC;<br>THE ROBERT PACKER HOSPITAL;<br>GUTHRIE MEDICAL GROUP P.C. | :<br>:<br>:<br>:<br>: |
| Defendants, | : ELECTRONIC FILING |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff Robert Pym ("Plaintiff") and Defendants Xiu-Jie Wang, M.D., Danielle Pigneri, M.D., The Guthrie Clinic, The Robert Packer Hospital, and Guthrie Medical Group, P.C., (collectively "Defendants") by and through their respective counsel, STIPULATE and AGREE that, pursuant to Federal Rule of Civil Procedure 41, all claims of Plaintiff herein against Defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

| | |
|---|---|
| **THE PERRY LAW FIRM** | **COZEN O'CONNOR** |
| By: /s/ Regina M. Blewitt<br>REGINA M. BLEWITT<br>PA. ID # 205644<br>305 Linden Street<br>Scranton, PA 18503<br>Phone: (570) 344-6323<br>E-Mail: Regina@theperrylawfirm.com | By: /s/ Christopher C. Fallon, Jr.<br>CHRISTOPHER C. FALLON, JR<br>PA. ID #16857<br>200 Four Falls Corporate Center<br>West Conshohocken, PA 19428<br>Phone: (215) 665-2036<br>E-Mail: cfallon@cozen.com |